**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000319
30-MAR-2016
08:42 AM**

NO. CAAP-15-0000319

IN THE INTERMEDIATE COURT OF APPEALS

STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
AVERY J. DUNE, also known as AUDA JANSEN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DCW-14-0000287)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the letter, filed March 10, 2016, by Defendant-Appellant Avery J. Dune (Appellant), pro se, and the record, it appears that (1) by letter filed December 2, 2015, Appellant requested directions for filing an opening brief; (2) on December 15, 2015, the court informed Appellant that "[t]he requirements for an opening brief are prescribed by Hawai'i Rules of Appellate Procedure [(HRAP)] Rule 28"; (3) on February 9, 2016, the court granted Appellant a sixth extension of time for the opening brief to March 15, 2016. The court cautioned Appellant that no further extensions of time would be granted,

and failure to file the opening brief may result in the appeal being dismissed, pursuant to HRAP Rule 30; and (4) Appellant did not file the opening brief but instead filed the March 10, 2016 letter indicating she cannot file an opening brief that complies with HRAP Rule 28.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, March 30, 2016.

Presiding Judge

Associate Judge

Associate Judge